```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 05 B 58202
   FRED LEWIS FERRIS JR
   ANNA MARIE MCCANN                          CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6663     SSN XXX-XX-7457

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/22/2005 and was confirmed 02/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 12/16/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED             .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED         298.66             .00         298.66
BANK OF AMERICA NA         UNSECURED       NOT FILED            .00            .00
BANK OF AMERICA NA         UNSECURED       NOT FILED            .00            .00
CAPITAL ONE                UNSECURED       NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        12143.05            .00       12143.05
RESURGENT CAPITAL SERVIC   UNSECURED         8931.20            .00        8931.20
CITIFINANCIAL RETAIL SVC   UNSECURED       NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         4378.69            .00        4378.69
FRED FERRIS SR             UNSECURED        10000.00            .00       10000.00
MACYS                      UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        10441.00            .00       10441.00
NATIONAL CITY              UNSECURED       NOT FILED            .00            .00
RUSH HEALTH CARE FINANCE   UNSECURED       NOT FILED            .00            .00
UNION PLANTERS BANK        UNSECURED       NOT FILED            .00            .00
FOLEY & LARDNER            NOTICE ONLY     NOT FILED            .00            .00
RUSH PEDS MED SERVICE PL   NOTICE ONLY     NOT FILED            .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      1,700.00                      1,700.00
TOM VAUGHN                 TRUSTEE                                        3,096.19
DEBTOR REFUND              REFUND                                            71.21

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              51,060.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                     46,192.60
ADMINISTRATIVE                                 1,700.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 58202 FRED LEWIS FERRIS JR & ANNA MARIE MCCANN
```

```
TRUSTEE COMPENSATION                                    3,096.19
DEBTOR REFUND                                              71.21
                              ----------------    ----------------
TOTALS                              51,060.00           51,060.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 03/05/09         _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE




                        PAGE   2
    CASE NO. 05 B 58202 FRED LEWIS FERRIS JR & ANNA MARIE MCCANN